**Kenneth Edward BARBOUR,
Petitioner—Appellant,**

v.

**Gene M. JOHNSON, Director of the
Virginia Department of Correc-
tions, Respondent—Appellee.**

No. 10–6076.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 27, 2010.

Kenneth Edward Barbour, Appellant Pro Se. Benjamin Hyman Katz, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Edward Barbour seeks to appeal the magistrate judge's order directing the Respondent to answer his 28 U.S.C. § 2254 (2006) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Barbour seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny what we construe as a motion to expedite a decision in this appeal and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*